**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| AMBER SHANKS, | ) | |
| | ) | Case No. 3:25-cv-01205 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | District Judge Waverly D. Crenshaw, Jr. |
| | ) | |
| HERITAGE MEDICAL ASSOCIATES, P.C., | ) | Magistrate Judge Lynda M. Hill |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

---

**JOINT MOTION FOR EXTENSION OF DISCOVERY, MEDIATION, AND DISPOSITIVE MOTION DEADLINES**

---

Plaintiff Amber Shanks's (Shanks) and Defendant Heritage Medical Associates, P.C. (Heritage Medical), by and through counsel as evidenced by the signatures below, together respectfully submit this Joint Motion for Extension of Discovery, Mediation, and Dispositive Motion deadlines and move the Court for leave to modify the Court's Initial Case Management Order [Doc. 14]. In support of this Motion, the parties state as follows:

There is good cause for the relief requested. The Parties have exchanged written discovery, but need additional time to complete written discovery and schedule depositions. Plaintiff's counsel had surgery and has been on bed rest the last several months following a post-surgery complication and is still currently on bed rest awaiting a possible additional surgery. Defendant's counsel has been attending to an out-of-state family emergency over the last few months as well. The Parties have engaged in settlement negotiations, including exchanging seven (7) settlement proposals/counteroffers, and Plaintiff's counsel will be delivering a revised settlement proposal to Defendant's counsel in the near future to continue the Parties efforts in

exploring possible case resolution. The Parties have also identified a mediator, Michael Russell, Miles Mediation, and are working to schedule a mediation to further explore possible resolution of this case, after completing more discovery and especially before both the Parties and the Court have to spend time, money and judicial resources associated with the drafting, filing, and consideration by the court of dispositive motions.

The following is a summary of the trial date and all deadlines and the requested modified deadlines to the Scheduling Order [Doc 14]:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **All Discovery** | November 6, 2026 | January 31, 2027 |
| **Joint Notice of Mediation Details** | November 23, 2026 | February 5, 2027 |
| **Mediation Deadline** | December 11, 2026 | February 19, 2027 |
| **Dispositive Motions** | January 15, 2027 | March 15, 2027 |

The Parties submit that such extensions are in the interest of judicial efficiency and economy, are not for the purposes of undue delay, and will not prejudice or adversely impact either party. All other deadlines contained in the Court's Initial Case Management Order [Doc. 14, not specifically requested to be modified in this Motion, remain unchanged. Should the Court grant this Motion and revise the above deadlines as proposed, all dispositive motion briefings, including any response and optional reply brief, will be completed by April 26, 2027, which is 106 days before the August 10, 2027 trial date and in compliance with Local Rule 16.01(h)(1). The Parties are not seeking to change any deadlines contained in the Order Setting

Case for Trial, including without limitation the trial date of August 10, 2027 [Doc. 16]. Thus, the Parties respectfully request that their joint motion be granted.

Alternatively, the Parties request a Case Management Conference with the Magistrate Judge to discuss alternative acceptable deadlines.

Respectfully submitted this 6th day of November, 2026,

/s/ *G. Brandon Hall (with Permission by MRTM)*
G. Brandon Hall (BPR # 034027)
THE EMPLOYMETN & COMMERCE LAW GROUP
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com

*Attorney for Plaintiff Amber Shanks*

/s/ *Margaret R.T. Myers*
Margaret R.T. Myers (BPR # 20506)
Adams & Reese LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Tel: (615) 259-1009
Fax: (615) 687-1514
margaret.myers@arlaw.com

*Attorneys for Defendant Heritage Medical Associates, P.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on this 6th day of November, 2026. Notice of this filing was served via the Court's Electronic Case Filing (ECF) system to all parties and counsel listed on the electronic filing receipt:

G. Brandon Hall
THE EMPLOYMETN & COMMERCE LAW GROUP
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com

/s/ *Margaret R. T. Myers*
Margaret R. T. Myers