**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| **AMBER SHANKS,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **vs.** | ] | **Case No: 3:25-cv-01205** |
| | ] | |
| **HERITAGE MEDICAL ASSOCIATES, P.C.** | ] | **Judge Waverly D. Crenshaw, Jr.** |
| | ] | |
| | ] | **Magistrate Judge Lynda M. Hill** |
| **Defendant.** | ] | |

**ORDER**

Pending before the Court is a joint motion to extend certain case management deadlines. (Doc. No. 17). The motion is **GRANTED** for the reasons requested. Accordingly, the case management deadlines are modified as follows:

1. The discovery deadline is extended from November 6, 2026, to **January 31, 2027**.

2. The deadline to file a joint notice of mediation details is extended from November 23, 2026, to **February 5, 2027**.

3. The deadline by which the parties must mediate the case is extended from December 11, 2026, to **February 19, 2027**.

4. The dispositive motion deadline is extended from January 15, 2027, to **March 15, 2027**.

All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

Lynda M. Hill
LYNDA M. HILL
United States Magistrate Judge